Campbell & Co., Inc., Appellee, v. Stillman J. Stanard, Director of Department of Agriculture of State of Illinois, and Lowell D. Oranger, Superintendent of Division of Foods, Dairies and Standards of State of Illinois, Appellants.

Gen. No. 46,534.

First District, First Division.

April 18, 1955.

Released for publication May 23, 1955.

Latham Castle, Attorney General of State of Illinois, for appellants; William C. Wines, Raymond S. Sarnow, and A. Zola Groves, Assistant Attorneys General, of counsel; Philip R. Toomin, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.